## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Antonio Martin

                            Plaintiff,

v.                                            Case No.: 1:15−cv−02383
                                                   Honorable Virginia M. Kendall

Halsted Financial Services, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 2, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:Joint motion to dismiss [23] with prejudice due to agreement is granted. Motion hearing set for 10/8/2015 on this motion is hereby stricken. Civil case terminated.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.